

MEISTER SEELIG & FEIN LLP

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

November 25, 2019

**Via ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*ADJOURNED TO FRIDAY,
JANUARY 17, 2020,
AT 11:00AM.
SO ORDERED.*

Re: *United States v. Shivanand Maharaj*, No. 17 Cr. 169 (JGK)

*/s/ J. Koeltl
11/26/19
USDJ*

Dear Judge Koeltl:

We write on behalf of defendant Shivanand Maharaj respectfully to request an adjournment of his sentencing hearing, which is presently scheduled for Friday, December 6, 2019. We request that his sentencing date be adjourned to a date convenient to the Court during the week of January 13, 2020.

We make this request to allow for sufficient time to collect materials relevant to Mr. Maharaj's sentencing that are located in a foreign jurisdiction, Trinidad. Mr. Maharaj has substantial family ties in Trinidad and spent most of his youth there. We are working to obtain materials from Trinidad in support of Mr. Maharaj's sentencing and relevant to the sentencing factors at 18 U.S.C. § 3553(a). We believe the additional time requested will allow us to collect this material.

We have conferred with Assistant United States Attorney Matthew Podolsky concerning this request and, on behalf of the government, he has no objection.

Respectfully yours,

Henry E. Mazurek
Counsel for Defendant Maharaj

cc: Counsel for the Government (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-27-19