**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 1-8-2020

**UNITED STATES OF AMERICA**

    **- against -**

**17cr169 (JGK)**

**SHIVANAND MAHARAJ,**

**ORDER**

    **Defendant.**

**JOHN G. KOELTL, District Judge:**

The Docket reflects that the defendant filed a Notice of motion on August 2, 2019 (Docket No. 204) indicating that a Memorandum of Law and Accompanying documents were to be filed on or before September 13, 2019. The docket does not reflect that any such documents were filed. The parties are asked to confirm that the Notice of Motion (Docket No. 204) should be denied without prejudice as moot. The parties are also asked to confirm that there are no open motions and that the only matter that remains before the Court is the sentencing hearing that the Court has adjourned until April 3, 2020. The parties are asked to respond to this order by January 15, 2020.

**SO ORDERED.**

**Dated:   New York, New York**
        **January 8, 2020**

                              **John G. Koeltl**
                       **United States District Judge**