

## MEISTER SEELIG & FEIN LLP

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Evan L. Lipton
*Partner*
Direct (212) 655-3517
Fax (212) 655-3535
*ell@msf-law.com*

March 12, 2020

By ECF
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __3·13·20__

**Re:  United States v. Shivanand Maharaj., No. S1 17 Cr. 169 (JGK)**

Dear Judge Koeltl:

We write on behalf of Shivanand Maharaj in furtherance of our application, dated February 28, 2020, seeking an adjournment of the sentencing date in this matter until after Mr. Maharaj's wife has given birth, expected in early September. (See ECF Doc. No. 246, and gov't opposition, ECF Doc. No. 247.) As the current sentencing date of April 3, 2020, is approaching, we respectfully request that the Court issue a ruling on our application.

Thank you for your consideration of this request. We are available to provide any further information the Court may require.

Respectfully yours,
MEISTER SEELIG & FEIN LLP

/s/

By: Evan L. Lipton

cc:   Government Counsel (by ECF)

*Application to adjourn the sentencing date is denied. If, after reviewing the sentencing submissions, it becomes necessary to adjourn the sentencing date, the Court will do so at that time.*
*So ordered. /s/ John G. Koeltl USDJ*
*3/12/20*