

**MEISTER SEELIG & FEIN LLP**

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

November 5, 2021

**Via ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Shivanand Maharaj*, No. 17 Cr. 169 (JGK)

Dear Judge Koeltl:

> Application denied. It has now been over two years since the jury verdict in this case and the Court has already granted numerous extensions for various reasons. No further extensions are warranted.
> So ordered.
> /s/ John G. Koeltl
> U.S.D.J.
> 11/6/21

We write on behalf of defendant Shivanand Maharaj respectfully to request an adjournment of his sentencing hearing, which is currently scheduled for Thursday, December 2, 2021. We request that his sentencing date be adjourned for approximately 90 days to a date convenient to the Court. This will be Mr. Maharaj's final request for a sentencing adjournment.

Last time we requested an adjournment of Mr. Maharaj's sentencing hearing, we informed the Court of Mr. Maharaj's family's efforts to travel to the United States to attend his sentencing hearing. As the Court likely recalls, Mr. Maharaj's family, include his father and aunt, attended each day of their son and nephew's trial. As we previously reported, these relatives reside in Trinidad and Tobago. There are still international travel restrictions for residents there, and the United States' Centers for Disease Control and Prevention ("CDC") continue to warn U.S. travelers against travel there, listing the country as "Level 3" (out of a high of 4), due to high rates of COVID-19 infection and low vaccination levels among the population. *See* Sampson, Hannah, "Most of the Caribbean is under a 'Level 4' travel warning. Islands still want visitors. The CDC has given more than 20 destinations its do not travel warning," *The Washington Post,* Oct. 7, 2021. Mr. Maharaj's family still desires to attend his sentencing hearing, but are concerned about international travel restrictions and feel they cannot afford to take risks of travel and being shut out of returning to Trinidad if they did. The conditions remain very fluid in that country due to the pandemic.

There is real hope that these restrictions will be lifted in the new year as vaccines become more widely available and taken. Thus, we respectfully request the Court grant this final request for an adjournment of Mr. Maharaj's sentencing. As we previously stated, not only are these family members' presence desired at his sentencing hearing itself, but as importantly, Mr. Maharaj relies on their support and comfort to meet the personal challenges that this final judgment will inevitably bring.

Hon. John G. Koeltl<br>
November 5, 2021<br>
Page 2 of 2

Assistant United States Attorney Matthew Podolsky has indicated, on behalf of the government, a continuing objection to any further adjournments of sentencing.

Respectfully yours,

*Henry Mazurek*

Henry E. Mazurek
Counsel for Defendant Maharaj

cc:   Counsel for the Government (by ECF)