UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- against -

SHIVANAND MAHARAJ,
               Defendant.

17-cr-169 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should advise the Court by **February 7, 2022** whether a separate forfeiture order (whether preliminary or final) is required in addition to the provision in the Judgment that the defendant forfeit $1,846,665 to the Government. $1,662,665 is joint and several with Enrico Rubano. See United States v. McIntosh, No. 14-1908 (2d Cir. Jan. 31, 2022). If a separate order is required, the Government should provide one and the defendant may respond.

SO ORDERED.
Dated:    New York, New York
          February 1, 2022

                                        John G. Koeltl
                                  United States District Judge