UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

SHIVANAND MAHARAJ,

                Defendant.

17-cr-169 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

The Government submitted a proposed Order of Forfeiture on February 7, 2022. ECF No. 306.

It is unclear what the basis of the final "Whereas" clause is and why it should be added. There is no support provided to the Court for the proposition that the proceeds traceable to the offense charged in Counts Three and Four cannot be located. The Government should respond by **February 18, 2022**.

The defendant may submit any objections to the Order of Forfeiture by **February 23, 2022**.

SO ORDERED.

Dated:    New York, New York
              February 16, 2022

                                                John G. Koeltl
                                         United States District Judge