UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                17 Cr. 169

SHIVANAND MAHARAJ,              ORDER
             Defendant.

JOHN G. KOELTL, District Judge:

The Government should provide the additional particulars sought by the defendant in connection with the amount of legal fees sought by Proskauer Rose LLP. The Government should provide a particularization by **March 21, 2022**.

SO ORDERED.

Dated:    New York, New York
          March 17, 2022

                                    John G. Koeltl
                              United States District Judge