UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

      - against -           17 Cr. 169

SHIVANAND MAHARAJ,           ORDER
          Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties should appear for another conference on **April 7, 2022** at **11:30 a.m.** The parties should submit a joint letter to the Court on **April 4, 2022**.

SO ORDERED.

Dated:    New York, New York
           March 23, 2022

                                    John G. Koeltl
                            United States District Judge