U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2022

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Shivanand Maharaj*, S3 17 Cr. 169 (JGK)

Dear Judge Koeltl:

      The Government respectfully writes, on behalf of the parties, to provide the Court with an update regarding outstanding issues concerning restitution in this case. The parties are actively engaged in negotiations to resolve these remaining issues and anticipate reaching an agreement shortly that would obviate the need for any further hearing. Accordingly, the parties respectfully request that the Court adjourn the conference currently scheduled for April 7, 2022. Instead, the parties propose to provide the Court with a further update as to the status of the parties' negotiations on or before that date.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

          by:   s/
               Aline R. Flodr
               Matthew Podolsky
               Assistant United States Attorneys
               (212) 637-1110/1947

Attachment

cc: Counsel of record (by ECF)

APPLICATION GRANTED
SO ORDERED

4/5/22        *[signature]*
              John G. Koeltl, U.S.D.J.