UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

UNITED STATES OF AMERICA

        - against -

SHIVANAND MAHARAJ,

              Defendant.

———————————————————————————

        17-cr-169-2 (JGK)

        ORDER

JOHN G. KOELTL, District Judge:

The defendant has moved for an early termination of supervised release. ECF No. 368. The Government should respond by **May 19, 2026,** and include the views of the Probation Office. The defendant may reply by **May 29, 2026.**

The Clerk is respectfully instructed to mail a copy of this Order to the defendant.

SO ORDERED.
Dated:    New York, New York
        May 5, 2026

                        John G. Koeltl
              United States District Judge