**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

    **- against -**

**SHIVANAND MAHARAJ,**

           **Defendant.**

**17-cr-169-2 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

    The Government has failed to respond to the defendant's motion for early termination of supervised release, ECF No. 368, as instructed by the Court in its May 5, 2026 order, ECF No. 369. The time for the Government to respond to the defendant's motion is extended to **June 12, 2026.** The defendant's time to reply is extended to **June 22, 2026**. If the Government fails to respond by June 12, 2026, the motion shall be decided on the current papers.

    The Clerk is respectfully instructed to mail a copy of this Order to the defendant.

**SO ORDERED.**

Dated:    **New York, New York**
             **June 5, 2026**

                            **John G. Koeltl**
                      **United States District Judge**