**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

      **- against -**

**SHIVANAND MAHARAJ,**

            **Defendant.**

**17-cr-169-2 (JGK)**

<u>**Order**</u>

---

**John G. Koeltl, District Judge:**

The Government has failed to respond to the defendant's motion for early termination of supervised release, ECF No. 368, as instructed by the Court in its May 5, 2026, and June 5, 2026 orders, ECF Nos. 369 & 370. The time for the Government to respond to the defendant's motion is extended to **July 1, 2026.** The defendant's time to reply is extended to **July 10, 2026**. If the Government fails to respond by July 1, 2026, the motion shall be decided on the current papers.

The Clerk is respectfully directed to mail a copy of this Order to the defendant. The Clerk is further directed to mail a copy of this Order to the Chief of the Criminal Division of the United States Attorney's Office for the Southern District of New York.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 24, 2026**

                                 **John G. Koeltl**
                       **United States District Judge**