UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

**- against -**

**SHIVANAND MAHARAJ,**

**Defendant.**

**17-cr-169-2 (JGK)**

**Memorandum Opinion and Order**

**John G. Koeltl, District Judge:**

On April 2, 2026, the defendant, Shivanand Maharaj, moved this Court for early termination of his term of supervised release. ECF No. 368. However, on January 16, 2025, this Court ordered that jurisdiction over Mr. Maharaj's supervised release be transferred to the District of New Jersey pursuant to 18 U.S.C. § 3605 upon that court's acceptance of jurisdiction. ECF No. 365. The United States District Court for the District of New Jersey accepted jurisdiction over Mr. Maharaj's supervision on January 27, 2025. ECF No. 366. Because jurisdiction over Mr. Maharaj's supervised release now lies with the District of New Jersey, this Court no longer has jurisdiction to entertain the motion. See United States v. D'Amario, 178 F. App'x 151, 152 (3d Cir. 2006) (a district court that transfers § 3605 jurisdiction over a releasee is divested of jurisdiction and properly denies a later-filed motion for early termination).

Accordingly, Mr. Maharaj's motion is **denied without prejudice** to renewal in the District of New Jersey.

**SO ORDERED.**

**Dated: New York, New York**
**July 2, 2026**

**John G. Koeltl**
**United States District Judge**